```
Armen Kiramijyan, Esq. (SBN 276723)
KAAS LAW
P.O. Box 944
Glendale, CA 91209
Tel: (310) 943-1171
Fax: (310) 943-1172
litigation@kaass.com
```

js-6

Attorneys for Plaintiff, KAREL J. BECK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KAREL J. BECK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL STUDIOS LLC dba Universal Studios, a limited liability company, and DOES 1 TO 20, inclusive, <br><br> Defendants. | Case No: 2:25−cv−00215−MAA <br> [Assigned to Hon. Maria A. Audero] <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE <br> (Doc. #14) <br><br> Complaint Filed: November 4, 2024 <br> Trial Date:       None Set |

On April 30, 2025 Plaintiff, KAREL J. BECK ("Plaintiff"), and Defendant, UNIVERSAL CITY STUDIOS LLC (erroneously sued and served as "UNIVERSAL STUDIOS LLC dba Universal Studios")("Defendant"), by and through their respective attorneys of record, filed the Stipulation of Dismissal with Prejudice (Doc #14).

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1.  The above-captioned lawsuit entitled *Karel J. Beck v. Universal City Studios LLC,* Case Number 2:25−cv−00215−MAA, is hereby DISMISSED with prejudice.

2.  Each party is to bear their own fees and costs.

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: 05/01/2025

_____
Hon. Maria A. Audero
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**
(F.R.Civ.P. Rule 5(b); U.S.D.C., C.D. Cal., L.R. 5-3; C.C.P. §§ 1013a, 2015.5)

<u>**Karel J. Beck v. Universal City Studios LLC**</u>
United States District Court Case No. 2:25−cv−00215−MAA

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is KAHANA & FELD LLP, 2603 Main Street, Suite 900, Irvine, CA 92614, and my email address is hkhan@kahanafeld.com.

On May 1, 2025, I served the foregoing document described as**:**

**DEFENDANT UNIVERSAL CITY STUDIO LLC'S RULE 26 INITIAL DISCLOSURES**

on the interested parties in said action as follows:

**SEE ATTACHED SERVICE LIST**

☐ <u>By Mail [Federal]</u>: I served a true copy of the above referenced document(s) by enclosing said document(s) in a sealed envelope or package addressed to the party(ies) listed in the attached service list and placing such envelope or package with postage thereon fully prepaid in the United States mail at Los Angeles, California.

☐ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below

☒ I caused said document(s) to be transmitted by email to each addressee set forth below on this date. The transmission of this document was complete and without error.

☐ <u>By Overnight Mail</u>: I caused such envelope to be delivered via overnight delivery to the party(ies) listed in the attached service list.

Executed on May 1, 2025, at Corona, California.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Hira Khan

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | <u>***Karel J. Beck v. Universal City Studios LLC***</u><br>United States District Court Case No. |
| 4 | |
| 5 | Armen Kiramijyan, Esq.<br>KAASS LAW |
| 6 | P.O. Box 944<br>Glendale, CA 91209 |
| 7 | Telephone: (310) 943-1171<br>Facsimile: (310) 943-1172 |
| 8 | Electronic Service: litigation@kaass.com |
| 9 | ***Attorney for Plaintiff,*** |
| 10 | ***KAREL J. BECK*** |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | <u>***Karel J. Beck v. Universal City Studios LLC***</u><br>United States District Court Case No. |
| 4 | |
| 5 | Armen Kiramijyan, Esq.<br>KAASS LAW |
| 6 | P.O. Box 944<br>Glendale, CA 91209 |
| 7 | Telephone: (310) 943-1171<br>Facsimile: (310) 943-1172 |
| 8 | Electronic Service: litigation@kaass.com |
| 9 | ***Attorney for Plaintiff,*** |
| 10 | ***KAREL J. BECK*** |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

CERTIFICATE OF SERVICE